IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MCWENDELL WILSON,**

    **Plaintiff,**

vs.                                                           1:03-CV-0113SPM/AK

**JOHNNY SMITH, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 56) dated April 13, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 56) is adopted and incorporated by reference in this order.

2.  The motion to dismiss for failure to exhaust administrative remedies (doc. 52) is *granted*.

3.  This case is *dismissed* for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e).

**DONE AND ORDERED** this <u>twenty-third</u> day of May, 2005.

<u>    *s/ Stephan P. Mickle*    </u>
Stephan P. Mickle
United States District Judge

/pao